**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

GENE SEGALIS, Individually and On
Behalf Of All Others Similarly Situated,

Plaintiff,

v.

MOLSON COORS BREWING
COMPANY, MARK R. HUNTER, AND
TRACEY I. JOUBERT

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 19-455-MEH

## JOINT MOTION REGARDING DISCOVERY STAY AND BRIEFING SCHEDULE

NOW COME Plaintiff Gene Segalis and Defendants Molson Coors Brewing Company, Mark R. Hunter, and Tracey I. Joubert ("Defendants"), by and through their attorneys, who hereby respectfully submit this Joint Motion Regarding Discovery Stay and Briefing Schedule (the "Motion"), and request the Court enter the accompanying Order regarding the pre-trial proceedings in this case.

1.      The above-captioned litigation was filed on February 15, 2019.

2.      Defendants, through their counsel, have agreed to waive service in the above-captioned litigation.

3.      The due date for the parties to execute and file with the Court the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is April 3, 2019, or ten business days prior to the Rule 16(b) Scheduling Conference, which is currently scheduled for April 17, 2019 at 10:30 a.m.

1

4.      The above-captioned litigation is governed by the Private Securities Litigation Reform Act (the "Reform Act"), which codifies procedural rules for private securities action brought under the federal securities laws, including the automatic stay provisions, and the requirements for notice for class members, consolidation, the filing of motion of appointment as lead plaintiff, and the appointment of lead plaintiff and lead counsel. *See* § 78u-4(a)(3)(A)-(B); 15 U.S.C. § 78u4(b)(3) ("all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party").

5.      In addition, similar class action complaints have been filed in the United States District Courts for the District of Colorado and the Northern District of Illinois. *Sussberg v. Molson Coors Brewing Co. et al.*, No. 1:19-cv-00514 (D. Colo.), *Mathes v. Molson Coors Brewing Co. et al.*, No. 1:19-cv-01162 (N.D. Ill.).

6.      The due date for motions for lead plaintiff and lead counsel is April 16, 2019.

7.      The parties anticipate that the plaintiffs in the above-mentioned litigation will be able to reach an agreement with respect to transferring and consolidating the actions. To the extent the parties are not able to reach such agreement, the appropriate motions will be filed.

8.      To date, no party has sought any relief from the Reform Act stay in this case.

WHEREFORE, the parties respectfully request that this Court grant the Motion and adjourn the 16(b) scheduling conference scheduled for April 17, 2019 at 10:30 a.m., and stay all discovery and discovery related proceedings in this case, including the completion of a rule 26(f) conference or submission of a Rule 26(f) scheduling order, during the pendency of Defendants' anticipated motion to dismiss or any party is granted relief from the Reform Act stay.

The parties further request an order stating that Defendants shall not be required to answer, plead, or otherwise respond to the original complaint filed in the above-captioned litigation, and that the parties shall submit a proposed briefing schedule within fourteen (14) days of appointment of Lead Plaintiff addressing the filing of a consolidated amended complaint and any responsive pleading, including an anticipated motion to dismiss.

In addition, the parties request an order stating that they shall not be required to execute and file with the Court the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction until forty-five (45) days after the filing of the first response, other than an answer, to the consolidated amended complaint.

Dated:  April 2, 2019

BLOCK & LEVITON LLP

*/s/ Jacob A. Walker*_____

Jacob A. Walker
155 Federal Street, Suite 400
Boston, Massachusetts 02110
Tel:  (617) 398-5600
jake@blockesq.com

*Attorney for Plaintiff*

DECHERT LLP

*/s/ Joni S. Jacobsen*_____
David H. Kistenbroker
Joni S. Jacobsen
35 West Wacker Drive
Suite 3400
Chicago, IL 60601

3

Telephone: 312.646.5800
Facsimile: 312.646.5858
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system, which served the same on all parties of record.

This the 2nd day of April, 2019.

*/s/ Joni S. Jacobsen*_____