# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GENE SEGALIS, Individually and On
Behalf Of All Others Similarly Situated,

Plaintiff,

v.

MOLSON COORS BREWING
COMPANY, MARK R. HUNTER, AND
TRACEY I. JOUBERT

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 19-455-MEH

## ORDER REGARDING DISCOVERY STAY AND BRIEFING SCHEDULE

Before this Court is the parties' Joint Motion Regarding Discovery Stay and Briefing Schedule [DE #5]. Pursuant to 15 U.S.C. 78u-4, the court hereby GRANTS the parties' motion and ORDERS the following:

1. All discovery and discovery related proceedings, including the 16(b) scheduling conference, completion of a Rule 26(f) conference and the submission of a Rule 26(f) scheduling order, shall be stayed during the pendency of Defendants' anticipated motion to dismiss the amended complaint or any party is granted relief from the Reform Act stay.

2. Defendants shall not be required to answer, plead, or otherwise respond to the original complaint filed in the above-captioned litigation. Within fourteen (14) days of appointment of Lead Plaintiff, the parties shall submit a proposed briefing schedule governing the filing of a consolidated amended complaint and any responsive pleading, including an anticipated motion to dismiss.

1

3.      The parties shall not be required to execute and file with the Court the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction until forty-five (45) days after the filing of the first response, other than an answer, to the consolidated amended complaint.

This ___ day of April 2019.

_____

Michael E. Hegarty
United States Magistrate Judge