# PLAINTIFF'S CERTIFICATION

Ivy B. Stempel, Senior Associate Counsel, on behalf of the Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust ("Plaintiff"), declares under penalty of perjury as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Complaint and authorized the commencement of a lead plaintiff motion on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Molson Coors Brewing Company securities during the Class Period specified in the Complaint are as follows: **see attached SCHEDULE A**.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve, served as, or is currently serving as a representative party for a class in an action filed under the federal securities laws as follows:

    ☐ *Schlimm v. Welbilt, Inc. et al.;* 18-cv-03007-JSM; M.D. Fla

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___8th___ day of April 2019.

Ivy B. Stempel, Senior Associate Counsel, on
behalf of the Metropolitan Transportation
Authority Defined Benefit Pension Plan
Master Trust

**Schedule A to Certification of Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust**
**Molson Coors Brewing Company**

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | # of Shares | Price/share | Date | # of Shares | Price/share |
| 01/03/18 | 100 | $81.43 | 03/20/18 | 3,080 | $77.26 |
| 04/05/17 | 405 | $95.67 | 03/20/18 | 2,310 | $77.14 |
| 04/05/17 | 6,400 | $95.43 | 03/21/18 | 2,300 | $76.25 |
| 05/03/17 | 3,430 | $89.94 | 03/22/18 | 1,380 | $75.15 |
| 05/03/17 | 10,290 | $90.65 | 03/23/18 | 1,400 | $73.13 |
| 05/03/17 | 1,500 | $90.41 | 03/23/18 | 1,790 | $73.72 |
| 05/04/17 | 4,870 | $91.45 | 03/28/18 | 8,070 | $76.00 |
| 05/04/17 | 2,500 | $91.79 | 03/28/18 | 2,410 | $75.76 |
| 06/12/17 | 200 | $87.51 | 03/29/18 | 1,580 | $75.69 |
| 06/12/17 | 4,569 | $88.01 | 04/02/18 | 400 | $75.10 |
| 06/12/17 | 900 | $88.18 | 04/02/18 | 400 | $75.16 |
| 06/12/17 | 5,936 | $87.96 | 04/04/18 | 200 | $74.14 |
| 06/12/17 | 1,200 | $87.96 | 04/09/18 | 300 | $74.02 |
| 06/13/17 | 3,700 | $88.71 | 04/17/18 | 200 | $73.57 |
| 06/14/17 | 3,900 | $89.23 | 04/20/18 | 100 | $72.08 |
| 06/14/17 | 1,595 | $89.15 | 04/20/18 | 100 | $72.08 |
| 08/24/17 | 6,810 | $89.26 | 04/20/18 | 600 | $72.08 |
| 08/25/17 | 4,000 | $91.02 | 04/20/18 | 403 | $71.63 |
| 08/25/17 | 1,620 | $90.72 | 04/20/18 | 2,817 | $71.63 |
| 08/28/17 | 12,100 | $90.51 | 04/20/18 | 23,650 | $71.63 |
| 08/29/17 | 1,920 | $89.03 | 04/20/18 | 3,250 | $71.63 |
| 08/29/17 | 280 | $88.95 | 08/08/18 | 5,090 | $66.70 |
| 08/30/17 | 910 | $89.66 | 08/09/18 | 4,400 | $66.85 |
| 08/31/17 | 1,820 | $90.12 | 08/10/18 | 4,110 | $65.49 |
| 09/01/17 | 600 | $89.73 | 08/13/18 | 4,520 | $65.58 |
| 09/05/17 | 1,620 | $89.05 | 10/03/18 | 4,610 | $62.42 |
| 09/06/17 | 720 | $88.57 | 10/03/18 | 900 | $62.78 |
| 09/13/17 | 4,600 | $88.59 | 10/03/18 | 3,790 | $61.72 |
| 09/28/17 | 440 | $81.10 | 10/04/18 | 4,600 | $61.27 |
| 09/28/17 | 1,080 | $81.22 | 10/05/18 | 3,100 | $61.77 |
| 09/28/17 | 770 | $81.27 | 12/26/18 | 3,500 | $54.91 |
| 09/29/17 | 710 | $81.90 | 12/26/18 | 8,550 | $54.82 |
| 11/02/17 | 3,000 | $79.17 | 12/26/18 | 8,250 | $54.82 |
| 11/02/17 | 2,245 | $79.22 | 01/16/19 | 1,750 | $61.32 |
| 02/09/18 | 2,600 | $73.01 | 01/17/19 | 900 | $61.48 |
| 02/09/18 | 4,570 | $73.61 | 01/17/19 | 13,850 | $61.38 |

## **PLAINTIFF'S CERTIFICATION**

Ivy B. Stempel, Senior Associate Counsel, on behalf of the Manhattan and Bronx Surface Transit Operating Authority Pension Plan ("Plaintiff"), declares under penalty of perjury as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Complaint and authorized the commencement of a lead plaintiff motion on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Molson Coors Brewing Company securities during the Class Period specified in the Complaint are as follows: **see attached SCHEDULE A**.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve, served as, or is currently serving as a representative party for a class in an action filed under the federal securities laws as follows:

    ☐ *Schlimm v. Welbilt, Inc. et al.;* 18-cv-03007-JSM; M.D. Fla.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. I declare under penalty of perjury that the foregoing is true and correct.

Executed this  8th  day of April 2019.

                                                 Ivy B. Stempel, Senior Associate Counsel, on
                                                 behalf of the Manhattan and Bronx Surface
                                                 Transit Operating Authority Pension
                                                 Plan

## Schedule A to Certification of Manhattan and Bronx Surface Transit Operating Authority Pension Plan
### Molson Coors Brewing Company

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | # of Shares | Price/share | Date | # of Shares | Price/share |
| 04/05/17 | 245 | $95.67 | 03/20/18 | 1,600 | $77.26 |
| 04/05/17 | 3,300 | $95.43 | 03/20/18 | 1,200 | $77.14 |
| 05/03/17 | 1,790 | $89.94 | 03/21/18 | 1,200 | $76.25 |
| 05/03/17 | 5,340 | $90.65 | 03/22/18 | 720 | $75.15 |
| 05/03/17 | 800 | $90.41 | 03/23/18 | 730 | $73.13 |
| 05/04/17 | 2,510 | $91.45 | 03/23/18 | 930 | $73.72 |
| 05/04/17 | 1,300 | $91.79 | 03/28/18 | 4,190 | $76.00 |
| 06/12/17 | 100 | $87.51 | 03/28/18 | 1,250 | $75.76 |
| 06/12/17 | 2,375 | $88.01 | 03/29/18 | 820 | $75.69 |
| 06/12/17 | 500 | $88.18 | 04/02/18 | 200 | $75.16 |
| 06/12/17 | 600 | $87.96 | 04/02/18 | 200 | $75.10 |
| 06/12/17 | 3,084 | $87.96 | 04/04/18 | 100 | $74.14 |
| 06/13/17 | 1,900 | $88.71 | 04/09/18 | 200 | $74.02 |
| 06/14/17 | 2,000 | $89.23 | 04/17/18 | 100 | $73.57 |
| 06/14/17 | 871 | $89.15 | 04/20/18 | 300 | $72.08 |
| 08/24/17 | 3,530 | $89.26 | 04/20/18 | 207 | $71.63 |
| 08/25/17 | 2,100 | $91.02 | 04/20/18 | 1,741 | $71.63 |
| 08/25/17 | 840 | $90.72 | 04/20/18 | 12,304 | $71.63 |
| 08/28/17 | 6,200 | $90.51 | 04/20/18 | 1,498 | $71.63 |
| 08/29/17 | 1,010 | $89.03 | 08/08/18 | 2,650 | $66.70 |
| 08/29/17 | 150 | $88.95 | 08/09/18 | 2,280 | $66.85 |
| 08/30/17 | 480 | $89.66 | 08/10/18 | 2,140 | $65.49 |
| 08/31/17 | 950 | $90.12 | 08/13/18 | 2,345 | $65.58 |
| 09/01/17 | 300 | $89.73 | 10/03/18 | 2,410 | $62.42 |
| 09/05/17 | 860 | $89.05 | 10/03/18 | 500 | $62.78 |
| 09/06/17 | 380 | $88.57 | 10/03/18 | 1,980 | $61.72 |
| 09/13/17 | 2,400 | $88.59 | 10/04/18 | 2,400 | $61.27 |
| 09/28/17 | 230 | $81.10 | 10/05/18 | 1,610 | $61.77 |
| 09/28/17 | 580 | $81.22 | 12/26/18 | 1,800 | $54.91 |
| 09/28/17 | 410 | $81.27 | 12/26/18 | 4,355 | $54.82 |
| 09/29/17 | 380 | $81.90 | 12/26/18 | 4,345 | $54.82 |
| 11/02/17 | 1,600 | $79.17 | 01/16/19 | 900 | $61.32 |
| 11/02/17 | 1,120 | $79.22 | 01/17/19 | 400 | $61.48 |
| 02/09/18 | 1,300 | $73.01 | 01/17/19 | 7,200 | $61.38 |
| 02/09/18 | 2,425 | $73.61 | | | |