## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00455

GENE SEGALIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MOLSON COORS BREWING COMPANY, A DELAWARE CORPORATION, MARK R. HUNTER AND TRACEY I. JOUBERT

Defendants.

Civil Action No. 1:19-cv-00514

LARRY SUSSBERG, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MOLSON COORS BREWING COMPANY, MARK R. HUNTER AND TRACEY I. JOUBERT

Defendants.

## DECLARATION OF JACOB A. WALKER

I, Jacob A. Walker, hereby declare that:

I am a member in good standing of the bars of California and Massachusetts, and admitted to practice in the District of Colorado. I submit this declaration in support of the motion filed by Gene Segalis (the "Movant") for consolidation of related cases, appointment of Movant as Lead Plaintiff, and approval of Movant's selection of counsel for the Class.

1.      Attached hereto as Exhibit A is a true and correct copy of a press release issued on February 15, 2019 via Globe Newswire entitled "Securities Class Action Filed Against Molson Coors Brewing Co. by Block & Leviton LLP; Shareholders Are Encouraged to Contact the Firm".

2.      Attached hereto as Exhibit B is a true and correct copy of the certification signed by the Movant.

3.      Attached hereto as Exhibit C is a true and correct copy of the firm resume of Block & Leviton LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

April 16, 2019                                                    s/ Jacob A. Walker
                                                                          Jacob A. Walker

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Jacob A. Walker
Jacob A. Walker