# Exhibit A

**BLOCK & LEVITON LLP**

***Source:*** *Block & Leviton LLP*

*February 15, 2019 11:28 ET*

# Securities Class Action Filed Against Molson Coors Brewing Co. by Block & Leviton LLP; Shareholders Are Encouraged to Contact the Firm

BOSTON, Feb. 15, 2019 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a Boston based securities litigation firm representing investors nationwide, informs investors that it has filed a securities fraud class action against Molson Coors Brewing Co. ("Molson" or the "Company") (NYSE: TAP) and certain of its officers alleging violations of the federal securities laws. Class members interested in serving as lead plaintiff are required to move for appointment by April 16, 2019, and are encouraged to contact Block & Leviton LLP to learn more.

The Complaint filed in the United States District Court, District of Colorado, located at 901 19th Street, Denver Colorado, and captioned *Segalis v. Molson Coors Brewing Co*, *et al.*, Case No. 19-cv-00455, alleges that throughout the Class Period the Defendants repeatedly and materially misstated Molson's financial condition in filings with the SEC, while falsely representing that Molson's financial statements complied with GAAP and that its internal controls were effective. The case alleges a class period between February 14, 2017 and February 12, 2019, inclusive. A judge has not yet been assigned to the case.

If you have purchased or otherwise acquired Molson securities and have questions about your legal rights, or possess information relevant to this investigation, you are encouraged to contact Attorney Dan DeMaria at (617) 398-5660, by email at dan@blockesq.com, or by visiting http://shareholder.law/molson.

Block & Leviton LLP was recently ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP
Dan DeMaria
(617) 398-5660 phone
155 Federal Street, Suite 400
Boston, MA 02110
dan@blockesq.com