IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00455

GENE SEGALIS, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,
v.

MOLSON COORS BREWING COMPANY, A DELAWARE CORPORATION
MARK R. HUNTER, AND TRACEY I. JOUBERT

    Defendants.

**[PROPOSED] ORDER GRANTING MOTION BY ELECTRICAL WORKERS PENSION FUND, LOCAL 103 I.B.E.W. FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

Having considered the Electrical Workers Pension Fund, Local 103 I.B.E.W.'s ("Local 103") Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel in the above-captioned action, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is granted.

2. This Order (the "Order") shall apply to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 1:19-cv-00455. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Clerk in the Master File.

5. The Clerk shall serve a copy of this Order on all counsel of record in the Action. Every pleading in the Action shall have the following caption:

**Civil Action No.: 1:19-cv-00455**

**IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION**

6. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that may properly be consolidated as part of the Action.

7. Each new case that arises out of the subject matter of the Action shall be consolidated with the Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such

application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

       8.      Local 103 is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

       9.      Local 103's selection of Franklin D. Azar & Associates, P.C. and Thornton Law Firm, LLP as Lead Counsel for the Class in the Action is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

      a.      to brief and argue motions;

      b.      to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

      c.      to direct and coordinate the examination of witnesses in depositions;

      d.      to act as a spokesperson at pretrial conferences;

      e.      to call and chair meetings of Plaintiffs' counsel as appropriate or necessary from time to time;

    f.  to initiate and conduct any settlement negotiations with Defendants' counsel;

    g.  to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h.  to consult with and employ experts;

    i.  to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

    j.  to perform such other duties as may be expressly authorized by further order of this Court.

  IT IS SO ORDERED.

DATED: _____    _____
               HONORABLE DAVID M. EBEL
               UNITED STATES DISTRICT JUDGE

3