**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:19-cv-00455-DME-MEH

GENE SEGALIS, Individually and
on Behalf of All Others Similarly Situated,

                                  Plaintiff,
     v.

MOLSON COORS BREWING COMPANY,
MARK R. HUNTER, and
TRACEY I. JOUBERT,

                                  Defendants.

---

**Civil Action No**.: 1:19-cv-00514-KLM

LARRY SUSSBERG, Individually and On
Behalf of All Others Similarly Situated,

                                  Plaintiff,
     v.

MOLSON COORS BREWING COMPANY,
MARK R. HUNTER, and TRACEY I.
JOUBERT,

                                  Defendants.

---

**NOTICE OF MOTION OF IRON WORKERS LOCAL 580 JOINT FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Iron Workers Local 580 Joint Funds ("Iron Workers"), by and through its counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Iron Workers as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired securities of Molson Coors Brewing Company between February 14, 2017 and February 12, 2019, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Iron Workers submits a Memorandum of Law, the Declaration of Jeremy A. Lieberman submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  April 16, 2019

        **POMERANTZ LLP**

        */s/ Jeremy A. Lieberman*
        Jeremy A. Lieberman
        J. Alexander Hood II
        Jonathan D. Lindenfeld
        600 Third Avenue, 20th Floor
        New York, NY 10016
        Telephone: (212) 661-1100
        Facsimile: (212) 661-8665
        jalieberman@pomlaw.com
        ahood@pomlaw.com
        jlindenfeld@pomlaw.com

        **POMERANTZ LLP**
        Patrick V. Dahlstrom
        Ten South LaSalle Street, Suite 3505
        Chicago, Illinois 60603

Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*