**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| GENE SEGALIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, MARK R. HUNTER, and TRACEY I. JOUBERT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:19-cv-00455-DME |

**NOTICE OF NON-OPPOSITION TO THE MOTIONS TO CONSOLIDATE**

Defendants Molson Coors Brewing Company, Mark R. Hunter, and Tracey I. Joubert ("Defendants") respectfully submit this Notice of Non-Opposition regarding the Motions to Consolidate filed by Movant MTA Funds, as defined herein,[1] and Movant Iron Workers Local 580 Joint Fund ("Iron Workers") (together with MTA Funds, "Movants").  Dkts.  15, 20.

On or about February 21, 2019, a factually similar federal securities class action captioned *Sussburg v. Molson Coors Brewing Company, et al.*, Case No. 1:19-cv-00514-KLM, was filed in the District of Colorado ("*Sussberg*") and is currently pending.  On or about April 16, 2019, MTA Funds and Iron Workers each filed a Motion for Consolidation ("Motions for Consolidation"), requesting identical relief: that the *Sussberg* matter be consolidated with the above-captioned

---

[1] "MTA Funds" is defined as Metropolitan Transportation Authority and its related entity, the Manhattan and Bronx Surface Transit Operating Authority, which sponsor the Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust and the Manhattan and Bronx Surface Transit Operating Authority Pension Plan.

1

litigation, which is the first of these related actions to be filed in the District of Colorado.[2]  Dkt.
15, 20.  The Motions for Consolidation are currently pending before this Court.  Defendants hereby
notify the Court that they do not oppose the Motions for Consolidation.

On April 16, 2019, MTA Funds and Iron Workers also each filed a competing Motion for
Appointment of Lead Plaintiff and Approval of Lead Counsel in the above-captioned litigation
("Lead Plaintiff Motions").  Dkt. 15, 20.  The Lead Plaintiff Motions are currently pending.
Defendants take no position with regard to the Lead Plaintiff Motions.

Dated:  August 19, 2019

DECHERT LLP

/s/    *Joni S. Jacobsen*

David H. Kistenbroker
Joni S. Jacobsen
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5800
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com

*Attorneys for Defendants*

---

[2] Defendants note that three derivative actions have also been filed in the District of Colorado against certain officers and directors of Molson Coors Brewing Company, and the company as a nominal defendant: *Schmier v. Molson Coors Brewing Company*, 1:19-cv-898, *Murr v. Coors, et al.*, 1:19-cv-01379,  and *Fong v. Coors, et al.*, 1:19-cv-02298 (the "Derivative Actions").  The Derivative Actions are not putative class actions and do not assert claims under Section 10(b) of the Exchange Act, and therefore, they are not included in the Movants' Motions for Consolidation.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on this day a copy of the foregoing

document was filed with the Court's CM/ECF system, which served the same on all parties of

record.

This the 19th of August, 2019.


*<u>/s/ Joni S. Jacobsen_____</u>*