**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00455-DME-MEH

GENE SEGALIS,
Individually and On Behalf of All Others
Similarly Situated,

                        Plaintiff,

      v.

MOLSON COORS BREWING COMPANY,
MARK R. HUNTER, and
TRACEY I. JOUBERT.

                        Defendants.

---

**ORDER GRANTING THE MOTION OF
THE MTA FUNDS FOR CONSOLIDATION OF RELATED ACTIONS (Doc. 15)**

---

Having considered the motion of the Metropolitan Transportation Authority, and its related entity, the Manhattan and Bronx Surface Transit Operating Authority, which sponsor the Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust and the Manhattan and Bronx Surface Transit Operating Authority Pension Plan (the "MTA Funds" or "Movant") for (1) consolidation of the related actions; (2) appointment as Lead Plaintiff; and (3) approval of selection of Counsel (the "Motion") (Doc. No. 15), and good cause appearing, the Court hereby ORDERS as follows:

    1.      The Motion is GRANTED in part as it pertains to (1) consolidation of related actions;

2.    Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned action and

*Sussberg v. Molson Coors Brewing Company*, 1:19-cv-514 are consolidated;

3.    Additional class actions filed in or transferred to this Court, arising out of the same

operative facts and alleging substantially the same causes of action, shall be similarly consolidated

herewith and subject to this Court's orders;

4.    Any pleading filed in the consolidated action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:19-cv-00455-DME-MEH |
| This Document Relates To: | ) ) | |
| ALL ACTIONS | ) ) | |

5.    The files of the consolidated action shall be maintained in one file under Civil

Action No. 1:19-cv-00455-DME-MEH.

The remaining matters included in the Motion, pertaining to (2) appointment of lead

plaintiff and (3) approval of selection of counsel, remain referred to Magistrate Judge Hegarty

and will be ruled upon soon.

IT IS SO ORDERED.

Dated:  October 2  , 2019

BY THE COURT:

*s/ David M. Ebel*
_____

Honorable David M. Ebel
U.S. Circuit Court Judge