**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00455-DME-MEH

GENE SEGALIS,
Individually and On Behalf of All Others
Similarly Situated,

                Plaintiff,

    v.

MOLSON COORS BREWING COMPANY,
MARK R. HUNTER, and
TRACEY I. JOUBERT.

                Defendants.

---

**ORDER GRANTING THE MOTION OF IRON WORKERS LOCAL 580 JOINT
FUNDS FOR CONSOLIDATING RELATED ACTIONS (Doc. 20)**

---

Having considered the Notice of Motion of Iron Workers Local 580 Joint Funds for Consolidation, Appointment as Lead Plaintiff and Approval of Counsel (the "Motion") (Doc. No. 20), and good cause appearing, the Court hereby ORDERS as follows:

1.      The Motion is GRANTED in part as it pertains to consolidation of related actions;

2.      Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned action and *Sussberg v. Molson Coors Brewing Company*, 1:19-cv-514 are consolidated;

3.      Additional class actions filed in or transferred to this Court, arising out of the same operative facts and alleging substantially the same causes of action, shall be similarly consolidated herewith and subject to this Court's orders;

4.      Any pleading filed in the consolidated action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION ) )<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS )<br>) | Civil Action No. 1:19-cv-00455-DME-MEH |

5.      The files of the consolidated action shall be maintained in one file under Civil Action No. 1:19-cv-00455-DME-MEH.

The remaining matters included in the Motion, pertaining to appointment of lead plaintiff and approval of selection of counsel, remain referred to Magistrate Judge Hegarty and will be ruled upon soon.

IT IS SO ORDERED.

Dated: October 2 , 2019

BY THE COURT:

*s/ David M. Ebel*
_____

Honorable David M. Ebel
U.S. Circuit Court Judge