**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | 1:19-cv-00455-DME-MEH |
| This Document Relates To: ALL ACTIONS | |

**DEFENDANT MOLSON COORS BREWING COMPANY'S UNOPPOSED MOTION TO
AMEND CASE CAPTION**

Defendant Molson Coors Beverage Company, formerly known as Molson Coors Brewing Company ("Molson"), respectfully requests that the Court amend the case caption to reflect its official corporate name change to Molson Coors Beverage Company.

Pursuant to D.C. Colo. LCivR 7.1(a), undersigned counsel conferred with Plaintiffs' counsel on this motion. Plaintiffs do not oppose the relief requested.

As of January 1, 2020, Molson effected a change in corporate name with the Secretary of State of the State of Delaware from "Molson Coors Brewing Company" to "Molson Coors Beverage Company." Molson filed a notice of name change with this Court on January 23, 2020. (*See* Dkt. No. 76.)

Molson now files this motion to amend the case caption to accurately reflect its corporate name.

WHEREFORE, Defendants respectfully request that the Court grant the motion and amend the case caption to read: "IN RE MOLSON COORS BEVERAGE COMPANY SECURITIES LITIGATION."

Per Judge David M. Ebel's Practice Standards, a proposed order has been emailed to Chambers.

1

2

Respectfully submitted this 4th day of May 2020.

/s/ Joni S. Jacobsen

David H. Kistenbroker
Joni S. Jacobsen
DECHERT LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5800
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com

Jacqueline Ventre Roeder
Kenzo Sunao Kawanabe
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
303-892-9400
jackie.roeder@dgslaw.com
kenzo.kawanabe@dgslaw.com
*Attorneys for Defendants*

2

3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of May, 2020, I filed the foregoing

document using the CM/ECF system, which automatically sends notice and a copy of the filing

to all counsel of record.

/s/ *Joni S. Jacobsen*

3