IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE MOLSON COORS BEVERAGE COMPANY SECURITIES LITIGATION | Civil Action No. 19-cv-00455-DME-MEH |
| This Document Relates to:<br><br>ALL ACTIONS | |

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2020.**

For good cause shown, Defendant's Unopposed Motion to Amend Case Caption [filed May 4, 2020; ECF 89] is **granted**. The Clerk of the Court is directed to change the name of Defendant "Molson Coors Brewing Company" to "Molson Coors Beverage Company," as set forth in the motion. In addition, the action will be titled, "In re Molson Coors Beverage Company Securities Litigation," as set forth above.