# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE DAVID M. EBEL

Courtroom Deputy:  Robert R. Keech          Date:  October 28, 2020
Court Reporter:      Terri Lindblom

Civil Action No. 19-cv-00455-DME-MEH
       (Consolidated with 19-cv-00514-DME-MEH)

IN RE MOLSON COORS BEVERAGE
COMPANY SECURITIES LITIGATION

| *Parties:* | *Counsel:* |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY | Javier Bleichmar |
| DEFINED BENEFIT PENSION PLAN MASTER | George N. Bauer |
| TRUST and | Regina M. Calcaterra |
| MANHATTAN AND BRONX SURFACE TRANSIT | James A. Aliaga |
| OPERATING AUTHORITY PENSION PLAN | Karen J. Cody-Hopkins |
| , | |
|     Plaintiffs, | |
| v. | |
| MOLSON COORS BEVERAGE COMPANY, | David H. Kistenbroker |
| MARK R. HUNTER, and | Joni S. Jacobsen |
| TRACEY I. JOUBERT, | Jacqueline V. Roeder |
| | Kenzo S. Kawanabe |
|     Defendants. | |

---

## COURTROOM MINUTES

---

HEARING:  MOTION HEARING

**10:34 a.m.    Court in session.**

        Court calls case.

        Appearances of counsel.  All counsel appear via video-teleconference.

Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint [77], filed January 23, 2020, is raised for argument.

10:39 a.m.    Argument by Defendants by Mr. Kistenbroker.

11:02 a.m    Argument by Plaintiffs by Mr. Bleichmar.

11:29 a.m.    Argument by Defendants by Mr. Kistenbroker.

11:36 a.m.    Argument by Plaintiffs by Mr. Bleichmar.

11:45 a.m.    Argument by Defendants by Mr. Kistenbroker.

**ORDERED:** Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint [77], filed January 23, 2020, is **TAKEN UNDER ADVISEMENT.**

**11:47 a.m.    Court in recess.  Hearing concluded.  Total in-court time:  1:13**