IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00455-DME-MEH
     (Consolidated with 19-cv-00514-DME-MEH)

IN RE MOLSON COORS BEVERAGE
COMPANY SECURITIES LITIGATION

METROPOLITAN TRANSPORTATION AUTHORITY DEFINED BENEFIT PENSION
PLAN MASTER TRUST and
MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY
PENSION PLAN,

    Plaintiffs,

v.

MOLSON COORS BEVERAGE COMPANY,
MARK R. HUNTER, and
TRACEY I. JOUBERT,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, filed December 2, 2020, by the Honorable David M. Ebel, United States Circuit Court Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendants, Molson Coors Beverage Company, Mark R. Hunter, and Tracey I. Joubert, and against Plaintiffs, Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust and Manhattan and Bronx Surface Transit Operating Authority Pension Plan on

1

Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.  It is further

ORDERED that Plaintiffs' Amended Complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendants shall have those costs awardable under 28 U.S.C. § 1920 that have not already been awarded by the Court, by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 2nd day of December, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk